## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) BETTY MOSS, as the Personal Representative of the Estate of Ransom Andrew Moss, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-16-517-GKF-FHM |
| (1) CREEK COUNTY PUBLIC FACILITIES AUTHORITY; (2) ADVANCED CORRECTIONAL HEALTHCARE, INC.; | ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF
STATE LAW CLAIMS AGAINST DEFENDANT,
ADVANCED CORRECTIONAL HEALTHCARE, INC.**

Plaintiff, Betty Moss, as the personal representative of the estate of Ransom Andrew Moss, deceased hereby voluntarily dismisses with prejudice all state law causes of action only against defendant, Advanced Correctional Healthcare, Inc.

All parties stipulate to this dismissal.

           *s/ G. Gene Thompson*
           Carla R. Stinnett, OBA #19532
           G. Gene Thompson, OBA #31243
           Andrew Casey, OBA #32371
           STINNETT LAW
           404 East Dewey, Suite 202
           Sapulpa, OK 74066
           (918) 227-1177
           (918) 227-1197 (fax)
           carla@stinnettlaw.com
           gene@stinnettlaw.com
           andrew@stinnettlaw.com
           **Attorneys for Plaintiff**

*s/ Ambre Gooch*
Ambre Gooch, OBA #16586
Ethan W. Gee, OBA #31995
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105-1815
(405) 524-2070
(405) 524-2078 (fax)
gooch@czwglaw.com
ethan@czwglaw.com
**Attorneys for Defendant,**
**Creek County Public Facilities Authority**


*s/ Michael S. McMillin*
Michael S. McMillin, OBA #12404
FENTON, FENTON, SMITH, RENEAU & MOON
211 N. Robinson, Suite 800N
Oklahoma City, OK 73102
(405) 235-4671
(405) 235-5247 (fax)
msmcmillin@fentonlaw.com
**Attorney for Defendant,**
**Advanced Correctional Healthcare, Inc.**