### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BETTY MOSS, as the Personal Representative of the Estate of Ransom Andrew Moss, Deceased, )<br><br>Plaintiff, )<br>vs. )<br>)<br>(1) CREEK COUNTY PUBLIC FACILITIES AUTHORITY, )<br>(2) ADVANCED CORRECTIONAL HEALTHCARE, INC., )<br>)<br>Defendants. ) | Case No. CIV-16-517-GKF-FHM |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendants jointly stipulate that the above-styled case is hereby dismissed without prejudice. Defendants reserve the right to seek costs from Plaintiff pursuant to Rule 41(d), Fed. R. Civ. P., if the case is re-filed.

Respectfully submitted,

s/ Carla R. Stinnett
Carla R. Stinnett, OBA No. 19532
STINNETT LAW
404 East Dewey Avenue, Suite 202
Sapulpa, OK 74066
Telephone: (918) 227-1177
Facsimile: (405) 227-1197
Email: carla@stinnettlaw.com

~and~

s/ G. Gene Thompson
G. Gene Thompson, OBA No. 31243
CREEK COUNTY LAW PLLC
404 East Dewey Avenue, Suite 203
Sapulpa, OK 74066
Telephone: (918) 223-3044
Facsimile: (918) 998-0344
Email: gene@creekcountylaw.com

ATTORNEYS FOR PLAINTIFF

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
COLLINS, ZORN, & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105-1815
Telephone:  (405) 524-2070
Facsimile:  (405) 524-2078
E-mail: acg@czwlaw.com

ATTORNEY FOR DEFENDANT,
CREEK COUNTY PUBLIC FACILITIES
AUTHORITY


s/Michael S. McMillin
Michael S. McMillin, OBA No. 12404
FENTON, FENTON, SMITH, RENEAU & MOON
211 N. Robinson, Suite 800N
Oklahoma City, OK 73102
Telephone: (405) 235-4671
Facsimile: (405) 235-5247
Email: msmcmillin@fentonlaw.com

ATTORNEY FOR DEFENDANT,
ADVANCED CORRECTIONAL
HEALTHCARE, INC.